UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOSEPH SNOWDEN,

                               Plaintiff,

      v.

THE TOWN OF WEBSTER, a municipal entity,
et al.,

                               Defendants.
_____

AMENDED SCHEDULING ORDER

19-CV-6814EAW

        Pursuant to a telephone status conference having been held on February 9, 2021, and counsel for the parties having requested an extension of the factual discovery deadline contained in this Court's October 29, 2020 Amended Scheduling Order (Docket # 15), and good cause having been shown, it is

        ORDERED that:

        1.    All factual discovery in this case, including depositions, shall be completed on or before **May 3, 2021**.  All motions to compel discovery shall be filed at least thirty (30) days prior to the factual discovery cutoff.

        2.    All other deadlines contained in this Court's October 29, 2020 Amended Scheduling Order (Docket # 15) shall remain in full force and effect.

        No extension of the above cutoff dates will be granted except upon written application, made prior to the cutoff date, showing good cause for the extension.  Application for extensions should be made to the Magistrate Judge.  Joint or unopposed requests to extend the deadlines set forth in this order need not be made by formal motion, but rather may be sought in a

letter to the court.  Letter requests must detail good cause for the extension and propose new deadlines.

**IT IS SO ORDERED.**

*s/Marian W. Payson*
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
February 9, 2021