**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

JOSEPH SNOWDEN,

                          Plaintiff,

-agains-t

TOWN OF WEBSTER, et al.,

                          Defendants.

**STIPULATION**

Case No.: 19 CV 6814 (EAW)(MWP)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the Plaintiff and the Monroe County District Attorney's Office, that:

The Monroe County District Attorney's Office consents to the relief requested in Plaintiff's motion, entry of the proposed unsealing order submitted with Plaintiff's motion as Exhibit "E" at ECF 22-6, and upon entry of the unsealing order and service of the "So-Ordered" subpoena submitted with Plaintiff's motion as exhibit "F" at ECF 22-7, shall produce within 30 days:

(1) the prosecution's complete file in *People v. Joseph Snowden*, CR # 17-027328-Web;

and

(2) the complete Grand Jury minutes from *People v. Joseph Snowden*, CR # 17-027328-Web.

Dated: New York, New York
July 2, 2021

~//s//~

Elliot Shields
ROTH & ROTH, LLP.
*Attorney for Plaintiff*
192 Lexington Avenue, Suite 802
New York, NY 10016
(212) 425-1020

Maria Rodi
Senior Deputy County Attorney
*Attorney for the Monroe County District Attorney's Office*
307 County Office Building
39 W. Main St.
Rochester, NY 14614
Tel: 585-753-1495