UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOSEPH SNOWDEN,

                          Plaintiff,

      v.

TOWN OF WEBSTER, et. al,

                          Defendants.
_____

ORDER

19-CV-6814W

        Plaintiff Joseph Snowden has sued the Town of Webster and several individual police officers and investigators employed by the Webster Police Department for claims arising out of Snowden's arrest on December 8, 2017, and subsequent state criminal prosecution, *People v. Joseph Snowden*, CR # 17-027328-Web.  (Docket # 1-1).  On June 23, 2021, Snowden moved to unseal the complete contents of the Monroe County District Attorney's Office's ("MCDAO")[1] file, including the grand jury minutes, relating to the state prosecution.  (Docket # 22).  In support of his motion, Snowden's attorney represented that the MCDAO, which is in possession of the entire file, including the grand jury minutes, does not oppose – and, indeed, consents to – the unsealing of the file.  (Docket # 22-1 at ¶¶ 22-23).  Additionally, Snowden has submitted his declaration in which he consents to the unsealing of the MCDAO's complete file.  (Docket # 22-8 at ¶ 16).

        After filing the motion, counsel for Snowden filed a Stipulation executed by counsel for the MCDAO and himself indicating that the unsealing request was unopposed and that the MCDAO consented to the requested relief, including entry of an unsealing order and the

---

[1] Neither the MCDAO nor its attorneys or employees are parties to this action.

service of a Court-issued subpoena upon it for the records. (Docket # 24). In addition, although this Court issued an order requiring that any opposition to the motion be filed on or before July 9, 2021 (Docket # 23), defendants have not opposed the motion.

Having reviewed the submissions and considered the issues raised therein, and for good cause shown, Snowden's unopposed motion to unseal **(Docket # 22)** is **GRANTED**. The telephonic motion hearing set for July 22, 2021, at 2:00 p.m. is **CANCELLED**. The Court directs that the MCDAO's complete file relating to the prosecution of Snowden, *People v. Joseph Snowden*, CR # 17-027328-Web, including the grand jury minutes, be unsealed for use in this litigation. The Clerk of the Court is directed to issue the subpoena attached as Exhibit F to Snowden's motion (Docket # 22-7).

**IT IS SO ORDERED.**

                                                  *s/Marian W. Payson*
                                                  MARIAN W. PAYSON
                                            United States Magistrate Judge

Dated: Rochester, New York
       July 12, 2021