UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOSEPH SNOWDEN,

                Plaintiff,

v.

THE TOWN OF WEBSTER, a municipal entity,
et al.,

                Defendants.

ORDER & AMENDED SCHEDULING ORDER

19-CV-6814W

Plaintiff having filed a motion for an extension of time to complete discovery (Docket # 29), and defendants' having consented to the request (*id.*), and good cause having been shown, it is hereby

ORDERED, that plaintiff's motion for an extension of time to complete discovery **(Docket # 29)** is **GRANTED**. It is further

ORDERED, that this Court's July 30, 2021 Amended Scheduling Order (Docket # 28) shall be amended as follows:

    1.    Factual discovery shall be extended until **November 30, 2021** for the limited purposes specified in this Court's July 30, 2021 Amended Scheduling Order (Docket # 28). All motions to compel discovery shall be filed by no later than **November 30, 2021**.

    2.    Plaintiff shall identify any expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2)(A) and provide reports pursuant to Rule 26(a)(2)(B) and/or disclosures pursuant to Rule 26(a)(2)(C) by **November 1, 2021**. Defendants shall identify any expert witnesses and provide

reports pursuant to Fed. R. Civ. P. 26 by **November 29, 2021**. Parties shall complete all discovery relating to experts, including depositions, by **January 3, 2022**.

      3.     Dispositive motions, if any, shall be filed no later than **February 1, 2022**. Unless a consent to proceed before this Court has been filed, such motions shall be made returnable before Chief Judge Wolford.

      4.     A <u>trial date status conference</u> pursuant to Fed. R. Civ. P. Rule 16(e) and Local Rule 16 will be held, if necessary, at a date and time to be determined by the trial judge after determination of dispositive motions. If no dispositive motions are filed, counsel shall **<u>immediately</u>** contact the trial judge so that a trial date status conference can be scheduled.

At least seven (7) days prior to the trial date status conference, the parties shall file a joint case status report setting forth the information described below. If the parties disagree as to the information to be provided, the report must set forth their different responses. The joint status report shall contain:

(1) <u>Nature of the Case</u>: Set forth a brief description of the action, identifying the parties, all counsel of record, the relief requested, any affirmative defenses and any relationship the case may have to other pending actions.

(2) <u>Motion Practice</u>: Are any motions, dispositive or non-dispositive, pending? If so, briefly describe the motion. Explain if additional motion practice is necessary before the matter is ready to be tried.

(3) <u>Settlement</u>: Describe the status of settlement negotiations. If the parties believe a court supervised settlement/mediation conference

        would be of assistance in resolving the case or narrowing disputed issues, please state.

(4) <u>Trial</u>: State whether the case is ready for trial. If not, explain why. Set forth an estimate of how long the trial will take and whether the case is jury or non-jury.

**NO FURTHER EXTENSIONS SHALL BE GRANTED ABSENT A SHOWING OF GOOD CAUSE.**

**IT IS SO ORDERED.**

*s/Marian W. Payson*
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
       September 28, 2021